UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Ibarra, Norman G | § | Case No.  17-36717 |
| Espinoza-Ibarra, Marina G | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/12/2017. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 3,923.40 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 45.00 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 3,878.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/26/2018 and the deadline for filing governmental claims was 06/26/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $980.85.To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $980.85, for a total compensation of $980.85. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $9.00 for total expenses of $9.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :  08/29/2018 _____        By :   /s/ Joseph A. Baldi _____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **17-36717**       Judge:  **Donald R. Cassling**       Trustee Name:  **Joseph A. Baldi**

Case Name:  **Ibarra, Norman G**      Date Filed (f) or Converted (c):  **12/12/2017 (f)**

**Espinoza-Ibarra, Marina G**      341(a) Meeting Date:  **01/19/2018**

For Period Ending:  **08/29/2018**      Claims Bar Date:  **06/26/2018**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.  7441 W Gregory Street, Chicago, IL 60656 | 344,468.00 | 0.00 | | 0.00 | FA |
| 2.  2015 GMC Terrain Lease | 15,000.00 | 0.00 | | 0.00 | FA |
| 3.  Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 4.  A/V & Computer devices | 1,500.00 | Unknown | | 0.00 | FA |
| 5.  Family Jewelry | 2,100.00 | 0.00 | | 0.00 | FA |
| 6.  Cash | 100.00 | 0.00 | | 0.00 | FA |
| 7.  Chase Checking | 241.24 | 0.00 | | 0.00 | FA |
| 8.  Chase Savings | 1,145.36 | 0.00 | | 0.00 | FA |
| 9.  Wintrust bank account | 7,816.00 | 20.80 | | 3,923.40 | FA |
| 10.  State of IL Pension Plan | 9,183.00 | 0.00 | | 0.00 | FA |
| 11.  IRA: Marina-wife | 10,358.00 | 0.00 | | 0.00 | FA |
| 12.  Roth (Norman) | 10,057.00 | 0.00 | | 0.00 | FA |
| 13.  Allstate & ING life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 14.  ING life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 15.  1810 Cumberland, Plainfield (u) | 102,500.00 | 0.00 | | 0.00 | FA |

**Exhibit A**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:** 17-36717 | **Judge:** Donald R. Cassling |
| **Case Name:** Ibarra, Norman G | **Trustee Name:** Joseph A. Baldi |
| Espinoza-Ibarra, Marina G | **Date Filed (f) or Converted (c):** 12/12/2017 (f) |
| | **341(a) Meeting Date:** 01/19/2018 |
| **For Period Ending:** 08/29/2018 | **Claims Bar Date:** 06/26/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| **TOTALS (Excluding Unknown Values)** | 504,968.60 | 20.80 | | 3,923.40 | 0.00 |

Re Prop. #2   Vehicle leased, no equity to estate
Re Prop. #3   Amended schedules to reduce value from $5,000 to $500 3/16/18
Re Prop. #4   Amended schedules to reduce value from $7,500 to $1,500 3/16/18
Re Prop. #5   Value amended from $3,000 t0 $2,100 3/16/18
Re Prop. #9   Debtors turned over non-exempt funds in bank account
Re Prop. #13   Amended schedules to reduce value from $500,000 to $0 3/16/18
Re Prop. #14   Amended schedules to reduce value from $500,000 to $0 3/16/18
Re Prop. #15   Real property co-owned with mother as tenants in common
Added on amended schedules filed 1/18/18 [Dkt. 19], value reduced to $102,500 on amended schedules filed 2/19/18 [Dkt. No. 24]]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 10, 2018 - Trustee recovered non-exempt proceeds from Debtors' bank account.  Claims bar date expired at the end of June, 2018.  Trustee verified claims and prepared his TFR.

**Initial Projected Date of Final Report(TFR) :** 08/31/2018          **Current Projected Date of Final Report(TFR) :**

**Trustee's Signature**     /s/Joseph A. Baldi          **Date:** 08/29/2018
                            Joseph A. Baldi
                            20 N. Clark St. Suite 200
                            Chicago, IL 60602
                            Phone : (312) 726-8150

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 17-36717 |
| Case Name: | Ibarra, Norman G |
| | Espinoza-Ibarra, Marina G |
| Taxpayer ID No: | **-***3696 |
| For Period Ending: | 8/29/2018 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******5641 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/26/2018 | [9] | Marina G. Espinoza-Ibarra<br>7441 W. Gregory Street<br>Chicago, IL 60656 | Turnover of Non-exempt Funds | 1129-000 | 3,923.40 | | 3,923.40 |
| 05/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 3,908.40 |
| 06/04/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 3,893.40 |
| 07/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 3,878.40 |

| | | |
|---|---|---|
| Page Subtotals | 3,923.40 | 45.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 3,923.40 | 45.00 |
| Less:Bank Transfer/CD's | | 0.00 | 0.00 |
| SUBTOTALS | | 3,923.40 | 45.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 3,923.40 | 45.00 |

UST Form 101-7-TFR (5/1/2011) (Page 5)

**Exhibit B**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** | 17-36717 | |
| **Case Name:** | Ibarra, Norman G | |
| | Espinoza-Ibarra, Marina G | |
| **Taxpayer ID No:** | **-***3696 | |
| **For Period Ending:** | 8/29/2018 | |

| | |
|---|---|
| **Trustee Name:** | Joseph A. Baldi |
| **Bank Name:** | Texas Capital Bank |
| **Account Number/CD#:** | ******5641 Checking Account |
| **Blanket bond (per case limit):** | 5,000,000.00 |
| **Separate bond (if applicable):** | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 3,923.40 | | |
| All Accounts Gross Disbursements: | 45.00 | | |
| All Accounts Net: | 3,878.40 | | |

| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|
| ******5641 Checking Account | 3,923.40 | 45.00 | |
| **Net Totals** | 3,923.40 | 45.00 | 3,878.40 |

**Exhibit B**

Case: 17-36717
Ibarra, Norman G
Espinoza-Ibarra, Marina G

CLAIMS REGISTER

Joseph A. Baldi Trustee
Dated: Aug 29, 2018
EXHIBIT C Page 1

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | Joseph A. Baldi 20 N. Clark Street Suite 200 Chicago, IL 60602 | 2100-000 ADMIN | Valid To Pay | 980.85 | 980.85 | 0.00 | 980.85 | 0.00 |
| | Joseph A. Baldi 20 N. Clark Street Suite 200 Chicago, IL 60602 | 2200-000 ADMIN | Valid To Pay | 0.00 | 9.00 | 0.00 | 9.00 | 0.00 |
| **ADMINISTRATIVE TOTAL** | | | | **980.85** | **989.85** | **0.00** | **989.85** | **0.00** |

Case: 17-36717
Ibarra, Norman G
Espinoza-Ibarra, Marina G

CLAIMS REGISTER

Joseph A. Baldi Trustee
Dated: Aug 29, 2018
EXHIBIT C Page 2

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 00001 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054 | 7100-000 UNSEC | Valid To Pay | 12,207.70 | 12,207.70 | 0.00 | 873.39 | 11,334.31 |
| 00002 | American Express Bank FSB c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355 | 7100-000 UNSEC | Valid To Pay | 46.97 | 46.97 | 0.00 | 3.36 | 43.61 |
| 00003 | PNC Bank, N.A. PO Box 94982 Cleveland, OH 44101 | 7100-000 UNSEC | Valid To Pay | 13,192.04 | 13,192.04 | 0.00 | 943.80 | 12,248.24 |
| 00004 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | 7100-000 UNSEC | Valid To Pay | 4,370.70 | 4,370.70 | 0.00 | 312.69 | 4,058.01 |
| 00005 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | 7100-000 UNSEC | Valid To Pay | 8,589.00 | 8,589.00 | 0.00 | 614.48 | 7,974.52 |
| 00006 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | 7100-000 UNSEC | Valid To Pay | 1,038.87 | 1,038.87 | 0.00 | 74.32 | 964.55 |
| 00007 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | 7100-000 UNSEC | Valid To Pay | 929.63 | 929.63 | 0.00 | 66.51 | 863.12 |

Case: 17-36717
Ibarra, Norman G
Espinoza-Ibarra, Marina G

CLAIMS REGISTER

Joseph A. Baldi Trustee
Dated: Aug 29, 2018
EXHIBIT C Page 3

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|-----------|----------|-------------|--------|----------------|----------------|-----------------|------------------------------|-------------------|
| 00008 | ACAR LEASING GM FINANCIAL LEASING PO Box 183853 Arlington, TX 76096 | 7200-000 UNSEC | Valid To Pay | 292.53 | 292.53 | 0.00 | 0.00 | 292.53 |

**UNSECURED TOTAL**     **40,667.44**     **40,667.44**     **0.00**     **2,888.55**     **37,778.89**

**REPORT TOTALS**     **41,648.29**     **41,657.29**     **0.00**     **3,878.40**     **37,778.89**

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   17-36717

Case Name:  Ibarra, Norman G

               Espinoza-Ibarra, Marina G

Trustee Name:   Joseph A. Baldi

               Balance on Hand                                    $3,878.40

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Joseph A. Baldi | $       980.85 | $       0.00 | $       980.85 |
| Trustee, Expenses: Joseph A. Baldi | $       9.00 | $       0.00 | $       9.00 |

Total to be paid for chapter 7 administrative expenses      $       989.85

Remaining Balance                                           $     2,888.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $40,374.91 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.2 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Discover Bank Discover Products Inc | $ 12,207.70 | $ 0.00 | $ 873.39 |
| 00002 | American Express Bank FSB c/o Becket | $ 46.97 | $ 0.00 | $ 3.36 |
| 00003 | PNC Bank, N.A. | $ 13,192.04 | $ 0.00 | $ 943.80 |
| 00004 | PYOD, LLC its successors and assigns as | $ 4,370.70 | $ 0.00 | $ 312.69 |
| 00005 | PYOD, LLC its successors and assigns as | $ 8,589.00 | $ 0.00 | $ 614.48 |
| 00006 | Synchrony Bank c/o PRA Receivables | $ 1,038.87 | $ 0.00 | $ 74.32 |
| 00007 | Synchrony Bank c/o PRA Receivables | $ 929.63 | $ 0.00 | $ 66.51 |

Total to be paid to timely general unsecured creditors         $    2,888.55

Remaining Balance                                             $        0.00

Tardily filed claims of general (unsecured) creditors totaling $292.53 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00008 | ACAR LEASING GM FINANCIAL | $ 292.53 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors          $        0.00

Remaining Balance                                             $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE