UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                        §
Ibarra, Norman G                              §        Case No.  17-36717
Espinoza-Ibarra, Marina G                     §
                          Debtor(s)           §
                                              §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully
Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any
order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have
come under the trustee's control in this case have been properly accounted for as provided by law. The trustee
hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without
payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $431,988.00 | Assets Exempt: $69,067.20 |
| (Without deducting any secured claims) | |
| Total Distributions to Claimants: $2,888.55 | Claims Discharged |
| | Without Payment: $88,965.44 |
| Total Expenses of Administration: $1,034.85 | |

    3) Total gross receipts of $3,923.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00
(see **Exhibit 2**), yielded net receipts of $3,923.40 from the liquidation of the property of the estate, which was
distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $1,025.85 | $1,034.85 | $1,034.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $90,560.71 | $40,667.44 | $40,667.44 | $2,888.55 |
| **TOTAL DISBURSEMENTS** | $90,560.71 | $41,693.29 | $41,702.29 | $3,923.40 |

4) This case was originally filed under chapter 7 on 12/12/2017. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    11/26/2018                              By :    /s/ Joseph A. Baldi

Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Wintrust bank account | 1129-000 | $3,923.40 |
| **TOTAL GROSS RECEIPTS** | | $3,923.40 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | | NA | NA | NA | NA | NA |
| **TOTAL SECURED** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph A. Baldi | 2100-000 | NA | $980.85 | $980.85 | $980.85 |
| Joseph A. Baldi | 2200-000 | NA | $0.00 | $9.00 | $9.00 |
| Texas Capital Bank | 2600-000 | NA | $45.00 | $45.00 | $45.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,025.85 | $1,034.85 | $1,034.85 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00008 | ACAR LEASING GM FINANCIAL | 7200-000 | NA | $292.53 | $292.53 | $0.00 |
| 00007 | Synchrony Bank c/o PRA | 7100-000 | $841.00 | $929.63 | $929.63 | $66.51 |
| 00006 | Synchrony Bank c/o PRA | 7100-000 | $1,011.00 | $1,038.87 | $1,038.87 | $74.32 |
| 00005 | PYOD, LLC its successors and | 7100-000 | $8,589.00 | $8,589.00 | $8,589.00 | $614.48 |
| 00004 | PYOD, LLC its successors and | 7100-000 | $3,589.18 | $4,370.70 | $4,370.70 | $312.69 |
| 00003 | PNC Bank, N.A. | 7100-000 | $13,154.00 | $13,192.04 | $13,192.04 | $943.80 |
| 00002 | American Express Bank FSB c/o | 7100-001 | $14.99 | $46.97 | $46.97 | $3.36 |
| 00001 | Discover Bank Discover Products | 7100-000 | $12,174.99 | $12,207.70 | $12,207.70 | $873.39 |
| | American Express | | $14.99 | NA | NA | $0.00 |
| | Bryan Moore | | NA | NA | NA | $0.00 |
| | Chase Card United Chase Visa | | $5,871.00 | NA | NA | $0.00 |
| | Mohela/Dept. of ED | | $39,978.96 | NA | NA | $0.00 |
| | Navient | | $786.00 | NA | NA | $0.00 |
| | PayPal | | $4,535.60 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $90,560.71 | $40,667.44 | $40,667.44 | $2,888.55 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **17-36717**                    Judge: **Donald R. Cassling**                    Trustee Name: **Joseph A. Baldi**
Case Name: **Ibarra, Norman G**                                                    Date Filed (f) or Converted (c): **12/12/2017 (f)**
**Espinoza-Ibarra, Marina G**                                                341(a) Meeting Date: **01/19/2018**
For Period Ending: **11/26/2018**                                            Claims Bar Date: **06/26/2018**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.   7441 W Gregory Street, Chicago, IL 60656 | 344,468.00 | 0.00 | | 0.00 | FA |
| 2.   2015 GMC Terrain Lease | 15,000.00 | 0.00 | | 0.00 | FA |
| 3.   Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 4.   A/V & Computer devices | 1,500.00 | Unknown | | 0.00 | FA |
| 5.   Family Jewelry | 2,100.00 | 0.00 | | 0.00 | FA |
| 6.   Cash | 100.00 | 0.00 | | 0.00 | FA |
| 7.   Chase Checking | 241.24 | 0.00 | | 0.00 | FA |
| 8.   Chase Savings | 1,145.36 | 0.00 | | 0.00 | FA |
| 9.   Wintrust bank account | 7,816.00 | 20.80 | | 3,923.40 | FA |
| 10.   State of IL Pension Plan | 9,183.00 | 0.00 | | 0.00 | FA |
| 11.   IRA: Marina-wife | 10,358.00 | 0.00 | | 0.00 | FA |
| 12.   Roth (Norman) | 10,057.00 | 0.00 | | 0.00 | FA |
| 13.   Allstate & ING life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 14.   ING life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 15.   1810 Cumberland, Plainfield (u) | 102,500.00 | 0.00 | | 0.00 | FA |

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:** 17-36717 | **Judge:** Donald R. Cassling |
| **Case Name:** Ibarra, Norman G | **Trustee Name:** Joseph A. Baldi |
| Espinoza-Ibarra, Marina G | **Date Filed (f) or Converted (c):** 12/12/2017 (f) |
| | **341(a) Meeting Date:** 01/19/2018 |
| **For Period Ending:** 11/26/2018 | **Claims Bar Date:** 06/26/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| **TOTALS (Excluding Unknown Values)** | 504,968.60 | 20.80 | | 3,923.40 | 0.00 |

Re Prop. #2  Vehicle leased, no equity to estate
Re Prop. #3  Amended schedules to reduce value from $5,000 to $500 3/16/18
Re Prop. #4  Amended schedules to reduce value from $7,500 to $1,500 3/16/18
Re Prop. #5  Value amended from $3,000 t0 $2,100 3/16/18
Re Prop. #9  Debtors turned over non-exempt funds in bank account
Re Prop. #13  Amended schedules to reduce value from $500,000 to $0 3/16/18
Re Prop. #14  Amended schedules to reduce value from $500,000 to $0 3/16/18
Re Prop. #15  Real property co-owned with mother as tenants in common
Added on amended schedules filed 1/18/18 [Dkt. 19], value reduced to $102,500 on amended schedules filed 2/19/18 [Dkt. No. 24]]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 10, 2018 - Trustee recovered non-exempt proceeds from Debtors' bank account.  Claims bar date expired at the end of June, 2018.  Trustee verified claims and prepared his TFR.

**Initial Projected Date of Final Report(TFR) :** 08/31/2018          **Current Projected Date of Final Report(TFR) :**

**Trustee's Signature**     /s/Joseph A. Baldi          **Date:** 11/26/2018
Joseph A. Baldi
P.O. Box 2399
Glen Ellyn, IL 60138-2399
Phone : (312) 726-8150

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-36717 | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Ibarra, Norman G | | Bank Name: | Texas Capital Bank |
| | Espinoza-Ibarra, Marina G | | Account Number/CD#: | ******5641 Checking Account |
| Taxpayer ID No: | **-***3696 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 11/26/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/26/2018 | [9] | Marina G. Espinoza-Ibarra<br>7441 W. Gregory Street<br>Chicago, IL 60656 | Turnover of Non-exempt Funds | 1129-000 | 3,923.40 | | 3,923.40 |
| 05/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 3,908.40 |
| 06/04/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 3,893.40 |
| 07/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 3,878.40 |
| 10/22/2018 | 51001 | Clerk of the Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Remitted to Court | 7100-001 | | 3.36 | 3,875.04 |
| 10/22/2018 | 51002 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 980.85 | 2,894.19 |
| | | | Page Subtotals | | 3,923.40 | 1,029.21 | |

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **17-36717** | Trustee Name: **Joseph A. Baldi** |
| Case Name: **Ibarra, Norman G** | Bank Name: **Texas Capital Bank** |
| **Espinoza-Ibarra, Marina G** | Account Number/CD#: ********5641 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*3696** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **11/26/2018** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/22/2018 | 51003 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 9.00 | 2,885.19 |
| 10/22/2018 | 51004 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 7.15% to Claim #00001 | 7100-000 | | 873.39 | 2,011.80 |
| 10/22/2018 | 51005 | PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 | Disb of 7.15% to Claim #00003 | 7100-000 | | 943.80 | 1,068.00 |
| 10/22/2018 | 51006 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Disb of 7.15% to Claim #00004 | 7100-000 | | 312.69 | 755.31 |
| 10/22/2018 | 51007 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Disb of 7.15% to Claim #00005 | 7100-000 | | 614.48 | 140.83 |
| 10/22/2018 | 51008 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Disb of 7.15% to Claim #00006 | 7100-000 | | 74.32 | 66.51 |
| | | | Page Subtotals | | 0.00 | 2,827.68 | |

Page 3

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No:** 17-36717 | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** Ibarra, Norman G | **Bank Name:** Texas Capital Bank |
| Espinoza-Ibarra, Marina G | **Account Number/CD#:** ******5641 Checking Account |
| **Taxpayer ID No:** **-***3696 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 11/26/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/22/2018 | 51009 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | Disb of 7.15% to Claim #00007 | 7100-000 | | 66.51 | 0.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 66.51 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 3,923.40 | 3,923.40 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 3,923.40 | 3,923.40 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 3,923.40 | 3,923.40 |

| | |
|---|---|
| All Accounts Gross Receipts: | 3,923.40 |
| All Accounts Gross Disbursements: | 3,923.40 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5641 Checking Account | 3,923.40 | 3,923.40 | |
| **Net Totals** | 3,923.40 | 3,923.40 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 10)

**Exhibit 9**